

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Latrenia E. Pleasant, Appellant

No. 06-13-00008-CV          v.

Nacogdoches Housing Authority of the City
of Nacogdoches, Texas, Appellee

Appeal from the 145th District Court of Nacogdoches County, Texas (Tr. Ct. No. C1127816).  Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

 

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Latrenia E. Pleasant, has adequately indicated her inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JUNE 6, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk